THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROOKLYN RAPID TRANSIT COMPANY, Respondent, *v.* WILLIAM J. MORGAN, as Comptroller of the State of New York, Appellant.

*People ex rel. Brooklyn R. T. Co.* v. *Morgan,* 57 App. Div. 335, modified. (Argued November 11, 1901; decided November 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 26, 1901, directing, upon certiorari proceedings, the defendant to correct and restate an assessment of a franchise tax against the relator for the year ending October 31, 1899.

*John C. Davies,* Attorney-General (*Henry B. Coman* of counsel), for appellant.

*Charles A. Collin* for respondent.

Order modified so as to increase the amount of tax to $52,826, as agreed upon by counsel, and as so modified affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN and LANDON, JJ. Absent: HAIGHT, J. Not voting: MARTIN, J.